# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME SMALL, | : | Civil No. 1:20-CV-01242 |
| Plaintiff, | : | |
| v. | : | |
| K. KAUFFMAN, SUPERINTENDENT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 16th day of November, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Pursuant to Fed. R. Civ. P. 15(d), Plaintiff's amended complaint (Doc. 20) is construed as a supplemental complaint.

2. Defendants' motion to dismiss (Doc. 16) is dismissed without prejudice.

3. Defendants shall file a consolidated response to the original and supplemental complaints in accordance with Fed. R. Civ. P. 15(a)(3).

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania