# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME SMALL, | : | Civil No. 1:20-CV-01242 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ESTATE OF K. KAUFFMAN, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment, Doc. 127, is **GRANTED**.

2. The Clerk of the Court is directed to enter judgment in favor of Defendant.

3. The Clerk of the Court is directed to **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania